176 A.3d 225

R.S., PLAINTIFF–PETITIONER, v. S.C., DEFENDANT–RESPON-
DENT, AND W.S., DEFENDANT. R.S., PLAINTIFF, v. S.C.,
DEFENDANT, AND W.S., DEFENDANT.

C–403 September Term 2017
079806

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1185–13 and A–
2102–14 having been submitted to this Court, and the Court
having considered the same;

It is ORDERED that the petition for certification is denied.

176 A.3d 225

STATE OF NEW JERSEY, PLAINTIFF, v. ABDUL
AZIZ, DEFENDANT–MOVANT.

M–439/440 September Term 2017
079734

December 8, 2017

ORDER

It is ORDERED that the motion for leave to appeal (M–439) is
denied; and it is further

ORDERED that the motion for a stay (M–440) is dismissed as
moot.